# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-091-RLV-DCK

| | |
|---|---|
| FRANKLIN SCOTT OLSEN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) filed by Chelsea Corey, concerning Theodore Roethke on June 30, 2016. Mr. Theodore Roethke seeks to appear as counsel *pro hac vice* for Defendant Equifax Information Services LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) is **GRANTED.** Mr. Theodore Roethke is hereby admitted *pro hac vice* to represent Defendant Equifax Information Services LLC.

**SO ORDERED**.

Signed: July 1, 2016

_____
David C. Keesler
United States Magistrate Judge