IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-091-RLV-DCK

| | |
|---|---|
| FRANKLIN SCOTT OLSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 19) filed by Asa C. Edwards, IV, concerning Leonard Anthony Bennett on October 19, 2016. Mr. Leonard Anthony Bennett seeks to appear as counsel *pro hac vice* for Plaintiff Franklin Scott Olsen. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 19) is **GRANTED.** Mr. Leonard Anthony Bennett is hereby admitted *pro hac vice* to represent Plaintiff Franklin Scott Olsen.

**SO ORDERED**.

Signed: October 20, 2016

David C. Keesler
United States Magistrate Judge