IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-091-RLV-DCK

| | |
|---|---|
| FRANKLIN SCOTT OLSEN, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 20) filed by Asa C. Edwards, IV, concerning Craig Carley Marchiando on October 19, 2016. Mr. Craig Carley Marchiando seeks to appear as counsel *pro hac vice* for Plaintiff Franklin Scott Olsen. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 20) is **GRANTED.** Mr. Craig Carley Marchiando is hereby admitted *pro hac vice* to represent Plaintiff Franklin Scott Olsen.

**SO ORDERED**.

Signed: October 20, 2016

David C. Keesler
United States Magistrate Judge